JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | 5:23-cv-00839-SSS-SPx | Date | September 13, 2023 |
|---|---|---|---|
| Title | *Maheshkumar Desai, et al. v. City of San Bernardino, et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On August 15, 2023, the Court issued an order directing Plaintiffs to show cause, in writing, on or before 12:00 noon on August 29, 2023, why this action should not be dismissed for lack of prosecution. [Dkt. 9].  As of today's date, Plaintiffs have not responded.  Accordingly, on its own motion, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES** this case for lack of prosecution.  The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**